*ELECTRONICALLY FILED*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:09-cv-37

STEVEN GLEN TOON                                                         PLAINTIFF

v.                                    **ANSWER TO COMPLAINT**

THE CITY OF HOPKINSVILLE,
JAY R PHELPS, in his individual and/or
official capacity, MIKE FELTS, in his
individual and/or official capacity AND
BRANDON TEDFORD, in his individual
and/or official capacity                                         DEFENDANTS

Come the Defendants, by and through counsel, and for their Answer to Plaintiff's Complaint, hereby state as follows:

**FIRST DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief can be granted and should therefore be dismissed.

**SECOND DEFENSE**

Responding to the Introduction of Plaintiff's Complaint, Defendants state as follows:

1.      Defendants are without sufficient information to admit or deny the allegations in the Introduction section of Plaintiff's Complaint, and therefore deny same.

**THIRD DEFENSE**

Responding to the individually numbered paragraphs of Plaintiff's Complaint, Defendants state as follows:

1. Defendants are without sufficient information to admit or deny the allegations in numerical paragraphs 1, 4, 5, 10, 11, 13, 14, 16, 17, and 18 of Plaintiff's Complaint, and therefore deny same.

2. Defendants deny the allegations set forth in numerical paragraphs 7, 8, 9, 12, 15, 19, 20, and 21 of Plaintiff's Complaint.

3. As to numerical paragraph 2 of Plaintiff's Complaint, Defendants admit the allegation that the Plaintiff was charged with a DUI, Resisting Arrest, and Disorderly Conduct. Defendants deny the remaining allegations in paragraph 2 in Plaintiff's Complaint.

4. As to numerical paragraph 3 of Plaintiff's Complaint, Defendants admit the allegation that the Plaintiff was lodged in the Christian County Jail. Defendants are without sufficient information to admit or deny the remaining allegations, and, therefore deny same.

5. As to numerical paragraph 6 of Plaintiff's Complaint, Defendants admit the allegation that the Plaintiff was arrested by Hopkinsville City Police Officer, Jay R. Phelps on March 7, 2008. Defendants deny the remaining allegation in paragraph 6 of Plaintiff's Complaint.

6. Any and all allegations not specifically admitted herein are denied.

### FOURTH DEFENSE

Plaintiff's Complaint is by the provisions of KRS 65.200 *et*. *seq*.

### FIFTH DEFENSE

Plaintiff's Complaint against Defendant is barred by the Doctrines of Absolute and/or Qualified immunities.

**SIXTH DEFENSE**

Defendants are entitled to Official Qualified Immunity from suit for any acts or omissions complained of in Plaintiff's Complaint

**SEVENTH DEFENSE**

Defendants assert that Plaintiff is not entitled to punitive damages on the claims contained in Plaintiff's Complaint.

**EIGHTH DEFENSE**

The applicable statute of limitations bars this cause of action.

**NINTH DEFENSE**

The court lacks personal jurisdiction over the Defendants and should, therefore, dismiss the Plaintiff's Complaint.

**TENTH DEFENSE**

Defendants hereby plead the Doctrine of Legislative Immunity as a complete defense to Plaintiff's Complaint.

**ELEVENTH DEFENSE**

As an affirmative defense, Defendants plead waiver, estoppel and failure to exhaust administrative remedies.

**TWELFTH DEFENSE**

At all times mentioned in Plaintiff's Complaint, Defendants acted in good faith with an objectively reasonable belief that their actions were lawful.

**THIRTHEENTH DEFENSE**

Plaintiff's Complaint is barred by the Doctrines of Intervening and/or Superseding Events.

## FOURTEENTH DEFENSE

Plaintiff's Complaint is barred by the Doctrines of Comparative and/or Contributory Negligence.

## FIFTEENTH DEFENSE

Plaintiff's Complaint fails to join a necessary party.

WHEREFORE, Defendants pray that Plaintiff's Complaint be dismissed with prejudice, for recovery of costs of suit, including, but not limited to, their reasonable attorneys fees, and any and all other relief to which Defendants may appear to be entitled.

        Respectfully submitted,

        DENTON & KEULER
        P.O. Box 929
        Paducah, KY 42002-0929
        Phone 270-443-8253
        Fax 270-442-6000

        By: /s/Stacey A. Blankenship
          Stacey A. Blankenship
          Douglas R. Moore

        ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of March, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

J DAVID COLE
COLE & MOORE PSC
921 COLLEGE ST – FIRST FLOOR
P O BOX 10240
BOWLING GREEN KY 42102-7240

By:  /s/Stacey A. Blankenship
      Stacey A. Blankenship

111073