```
             COMMONWEALTH OF KENTUCKY
           UNITED STATES DISTRICT COURT
                  PADUCAH DIVISION
              CASE NO. 05:09-CV-37


STEVEN GLEN TOON,                          PLAINTIFF,


VS.        DEPOSITION OF TIMOTHY SHEPARD


THE CITY OF HOPKINSVILLE;
JAY R. PHELPS; MIKE FELTS;
and BRANDON TEDFORD,                       DEFENDANTS.


                Hopkinsville, Kentucky
                    May 11, 2010

                A P P E A R A N C E S:


     FOR THE PLAINTIFF:

     Honorable J. David Cole, Jr.
     COLE & MOORE
     921 College Street, First Floor
     P.O. Box 10240
     Bowling Green, Kentucky  42102-7240

     FOR THE DEFENDANT:

     Honorable Stacey A. Blankenship
     DENTON & KEULER
     P.O. Box 929
     Paducah, Kentucky  42002-0929

     ALSO PRESENT:  Steven Toon
```

1

---

The deposition of **TIMOTHY SHEPARD** was taken at the law offices of Honorable Kenneth R. Haggard, 800 Virginia Street, Hopkinsville, Kentucky, pursuant to notice, the same taken for the purposes of discovery and for all other purposes permitted by the Federal Rules of Civil Procedure, and the same taken on behalf of the Defendant, with the foregoing-noted appearances.

### INDEX

Direct Examination - Ms. Blankenship:      3
Cross  Examination - Mr. Cole:            61
Certificate:                              79

### EXHIBITS

(None)

### OBJECTIONS

| By | Nature of | Page |
|---|---|---|
| Cole | Form | 40 |
| Cole | Conjecture | 41 |
| Cole | Form | 44 |
| Cole | Speculation | 45 |
| Cole | Relevance | 47 |
| Cole | Form | 51 |
| Cole | Speculation | 54 |
| Cole | Form | 58 |
| Blankenship | Form | 67 |
| Blankenship | Form | 69 |
| Blankenship | Form | 72 |
| Blankenship | Form | 73 |
| Blankenship | Speculation | 74 |
| Blankenship | Form | 76 |

2

---

### DEPOSITION OF TIMOTHY SHEPARD

The said Timothy Shepard, after being first duly sworn, testified as follows:

**DIRECT EXAMINATION BY MS. BLANKENSHIP:**

Q. Mr. Shepard, my name is Stacey Blankenship, and I'm going to be asking you some questions today concerning an incident that occurred in March of 2008. Hopefully you can hear me and I can hear you, and if I ask any questions that you can't hear or understand, please let me know and I'll rephrase or restate it. And if you could refrain from using the words uh-huh or huh-uh and try to say yes or no, that makes it easier for us to understand what you're saying later when we're trying to read the transcript.
   Could you please state your name for the record.
A. Timothy Shepard.
Q. And what's your current address?
A. Current address is 8383 Blakely Street, Number Alfa, Ft. Campbell, Kentucky 42223.
Q. And where are you employed?
A. United States Army.
Q. Are you married?
A. Yes.

3

---

Q. What's your wife's name?
A. Elizabeth Shepard.
Q. And do you have any children over the age of eighteen?
A. No.
Q. Do you have any family members that live in Western Kentucky?
A. No.
Q. And is Elizabeth your first wife?
A. No.
Q. Do you -- so you have a former wife?
A. Yes.
Q. What is her name?
A. Amber Shepard.
Q. What is your rank in the Army?
A. Staff Sergeant.
Q. I'm sorry. Staff Sergeant?
A. Staff Sergeant.
Q. And you're in the 101st; is that correct?
A. Yes.
Q. All right. Do you have any felony convictions?
A. No.
Q. All right. What about misdemeanors?
A. No.
Q. Have you ever been arrested before?
A. Yes.

4

**Page 5**

1  Q. I'm aware of one time. Is there any other time than
2  that?
3  A. One other.
4  Q. All right. What was that for?
5  A. Public intoxication.
6  Q. And where did that occur?
7  A. Clarksville, Tennessee.
8  Q. All right. And were you not convicted of that? Did
9  you plead guilty, or --
10 A. Yeah. Well, yeah, I paid a fine.
11 Q. Okay.
12 A. I paid the ticket.
13 Q. I understand that you've given your sworn statement or
14 testimony in this case at a trial -- the criminal trial.
15 Have you ever given your testimony before any other times?
16 A. Of this?
17 Q. Ever.
18 A. No.
19 Q. Okay.
20 A. Just in court, right? Is that what you're asking?
21 Q. Right.
22 A. Okay.
23 Q. Did you go to high school?
24 A. Yes.
25 Q. Where?

**Page 6**

1  A. I graduated from Academy High in South Florida.
2  Q. Okay. After you got out of high school did you go
3  straight into the Army?
4  A. Yes.
5  Q. And you've been in the Army since?
6  A. Right. Yes.
7  Q. Do you know Steve Toon?
8  A. Yes.
9  Q. And how do you know him?
10 A. We worked together a couple years ago.
11 Q. Okay. How long did you all work together?
12 A. About three years.
13 Q. All right. And how did you all -- tell me how you
14 worked together.
15 A. We became air assault instructors about the same time,
16 and then we moved over and became path -- pathfinder
17 instructors together. So, basically, we taught at the
18 schoolhouse together.
19 Q. Okay. And you did that for about three years, you
20 said?
21 A. Yes.
22 Q. Okay. And would you consider him a friend?
23 A. Yes.
24 Q. Did you all hang out together other than at work?
25 A. Yes.

**Page 7**

1  Q. All right. And how often did you do that?
2  A. Once -- once a month or so. Not -- I mean, we weren't
3  like the best of friends. We just -- it was more like
4  work get-togethers. He'd go to a barbecue at my house,
5  I'd go to a barbecue at his house, or we'd go to somebody
6  else's house and have a lot of barbecues and stuff, so --
7  but other than that, we didn't really hang out too much.
8  Q. Okay. I saw -- I think I saw you all across the
9  street before we came in here talking in the parking
10 lot --
11 A. Yes.
12 Q. -- would that be correct?
13    Prior to then when was the last time that you spoke to
14 him?
15 A. Well, he called me yesterday to make sure I was going
16 to be here.
17 Q. Okay.
18 A. And then before that was -- we had one of these
19 scheduled for a few weeks back, he called me for that,
20 and before that I don't really remember. Maybe when I
21 went to pick up my plaque from the air assault school, I
22 called him and told him that his plaque was there, too,
23 but he was in ANOK so he couldn't get it.
24 Q. Okay. Have you all spoken about your testimony today?
25 A. Well, yeah.

**Page 8**

1  Q. You did? When have you spoken to Mr. Toon about your
2  testimony today?
3  A. Oh, about today. I think the last time we talked
4  about it was just after court. When he went to court for
5  his thing, I left to go to Florida, or somewhere, and he
6  called me afterwards and told me what happened.
7  Q. Okay. And so you -- you and he have not had a
8  conversation since your criminal trial -- the criminal
9  trial about your testimony at the deposition here today or
10 for April?
11 A. No. No.
12 Q. Okay. Have you all discussed the incident?
13 A. Yes.
14 Q. You have? When have you all discussed the incident?
15 A. A long time ago. Before his court we talked about it.
16 Q. Okay.
17 A. And after it happened, obviously, we got out of jail
18 and we're like, "What the hell was that all about?"
19 Q. Okay. Before he -- his criminal trial tell me -- who
20 did you speak to about it? You spoke to Mr. Toon about
21 your testimony at trial?
22 A. Yes.
23 Q. And did you speak to his attorney, his criminal
24 attorney?
25 A. Yes.

**Page 9**

1  Q. And that would be Ken Haggard?
2  A. Yes.
3  Q. All right. Did you all go over the facts of the case
4  at that time?
5  A. Yes.
6  Q. And did you go over your testimony with Mr. Haggard?
7  A. Yes.
8  Q. Have you reviewed your testimony that you gave at Mr.
9  Toon's criminal trial?
10 A. Yes.
11 Q. And how did you review that?
12 A. I watched the video.
13 Q. All right. Have you reviewed Mr. Toon's deposition
14 that he's given in this case?
15 A. Yes.
16 Q. And how did you do that?
17 A. I've read that packet that was provided to me, which
18 is right there (indicating).
19 Q. I know when I first walked in here you were talking to
20 Mr. Cole, or Mr. Cole was talking to you about just kind
21 of rules of -- of depositions, and that sort of thing.
22 Have you talked to Mr. Cole about your testimony before
23 today?
24 A. I talked to him yesterday.
25 Q. All right. Tell me what you all talked about

**Page 10**

1  yesterday.
2  A. Basically, he called me just to make sure I was going
3  to be here, told me to be here about fifteen minutes
4  early, asked me if I've reviewed the packet, I told him
5  yeah. He said, "Just make sure you're honest and you tell
6  the truth, you can't go wrong if you tell the truth. And
7  if you don't know the answer to a question, just say, 'I
8  don't know,' or if you don't -- can't remember," things
9  like that.
10 Q. Okay. I believe the incident that we're here to
11 discuss happened on March 7th, 2008. I take it you
12 remember that day?
13 A. Yes.
14 Q. All right. Do you remember -- I assume you remember
15 the officers being there, and that sort of thing. Let me
16 ask you this, do you remember what happened up to that
17 point as far as like what time you got up that day, what
18 you did, things of that nature?
19 A. Yeah. Yes.
20 Q. Okay. Tell me what you recall about that day.
21 A. The whole day?
22 Q. Yes.
23 A. Well, I don't remember what happened up until the
24 point he came over because that's -- I've reviewed it so
25 many times. But I guess just a normal day. I got in

**Page 11**

1  contact with him. It was a snowy day, so -- my wife was
2  in basic so I called and said, "Hey, you want to come over
3  and hang out tonight and stay the night at my house?" So
4  he said, "Yeah." And he had -- I don't know what -- he
5  had things to do. He ended up coming over later on in the
6  evening, and --
7  Q. Do you know what time he came over?
8  A. I think somewhere around 7:00 -- 7:00, 8:00. I don't
9  know exactly. It was a long time ago.
10 Q. Okay.
11 A. But he came over, we hung out for a while. I think we
12 played Guitar Hero; it's like a video game. And then we
13 took his truck in the field by my house because there was
14 a lot of snow and we wanted to go look for deer and stuff,
15 because I'm like a huge hunter. We went out there, rode
16 around out there for about an hour, went back to the
17 house, and we spent about an hour or so at the house, and
18 then the cops came to the house.
19 Q. Okay. Did you work that day?
20 A. I have no -- I don't remember. I have no idea. Was
21 it a Friday?
22 Q. Yes.
23 A. Yes.
24 Q. But you don't recall other than the fact it was a
25 Friday that you worked?

**Page 12**

1  A. Yeah.
2  Q. And you think Mr. Toon got to your house between 7:00
3  or 8:00?
4  A. Yes.
5  Q. Now, did you call him or he call you that day about
6  coming over to your house?
7  A. I don't remember for sure, but I think I called him
8  because I was bored or something.
9  Q. All right. Mr. Toon testified that you called him and
10 said, "Do you want to come over tonight and drink beer."
11 Would that be correct?
12 A. Yeah. Yes.
13 Q. Do you have the same cell phone number today that you
14 did then?
15 A. No.
16 Q. Do you know what your cell phone number was then?
17 A. No, I don't. The last four digits were 2323.
18 Q. And would you have called him using your cell phone?
19 A. Yes.
20 Q. All right. Would it be 931-538-2323?
21 A. Yes.
22 Q. I have you calling him that day at 12:42 p.m., again
23 at 4:19 p.m., at 5:22 p.m., and at 6:24 p.m., and again at
24 6:57 p.m. And when I say incoming -- when I say you
25 calling him, it could be one or the other, you calling him

**Page 13**

1  or him calling you.
2  A. Okay.
3  Q. Do you have any reason to doubt that?
4  A. No.
5  Q. Okay. So it looks like that he actually called you at
6  -- 6:57 p.m., was the last time that he called you on that
7  day. Do you remember him calling you before he got there?
8  A. I don't necessarily remember that, but I can see why.
9  I don't know if he knew exactly where I lived at that
10 time. Yeah, he did. He's been there before. I don't
11 remember why. He may have said, "Hey, I'm almost to your
12 house," or something, but I don't remember.
13 Q. Okay. Do you know what he brought to your house?
14 A. What he brought to my house?
15 Q. If anything.
16 A. No.
17 Q. Did he bring any alcohol?
18 A. Yeah; he had brought a little bottle of Southern
19 Comfort.
20 Q. Okay.
21 A. I think.
22 Q. What do you mean by a little bottle? Do you know how
23 big?
24 A. No. This big (indicating).
25 Q. What?

**Page 14**

1  A. This big (indicating). I don't know. Like, I don't
2  know how the ounces work on it, or whatever.
3  Q. Okay. Do you know whether it was full, empty, half
4  full, do you recall?
5  A. I have no idea.
6  Q. Do you know whether Mr. Toon drank any alcohol that
7  day before he got to your house?
8  A. I know from what I heard, but I didn't see him do it.
9  Q. What did you hear?
10 A. I heard he drank two beers for lunch.
11 Q. And how did you hear that?
12 A. I read it in the thing.
13 Q. Okay. He didn't tell you that when he got there?
14 A. No.
15 Q. Could you tell whether or not he had any alcohol when
16 he got there?
17 A. No.
18 Q. Was it -- when you called and talked to him was it
19 your plan to go mudding or four-wheeling before he got
20 there, or was that something you all decided to do once
21 he got there?
22 A. We decided it after he got there.
23 Q. Okay. Had you all done that before?
24 A. Yeah. I do it all -- I used to do it all the time.
25 Q. Okay. Do you know whose field it was?

**Page 15**

1  A. Mr. Sivley who lives at the end of my street.
2  Q. Okay. And did he say it was okay to do that, or did
3  he know?
4  A. Well, the time I talked to him about going out there
5  hunting and stuff he said he didn't have a problem with
6  it, but I think like where -- where we went, we went right
7  here (indicating) which I think was like the city owned
8  it, or something. Basically my road ends and there's like
9  a big grass field and it leads to his -- his field, or
10 whatever. So we were kind of -- I think there was a
11 difference between the city's property and his property
12 that -- there's a river that runs around it. So we were
13 on both, I guess.
14 Q. Okay. Did -- when did you talk to Mr. Sivley about
15 whether you could go on to his field?
16 A. Man, probably a couple years prior to that, when I
17 first moved into the house, because I was interested in
18 hunting on it.
19 Q. Okay.
20 A. Actually, I didn't talk to him, I talked to his wife,
21 and she's like, "Yeah," you know, "I don't have a problem
22 with it," or whatever.
23 Q. She said what?
24 A. She said, "I don't have a problem with it."
25 Q. Okay.

**Page 16**

1  A. She's a real old lady.
2  Q. Okay. Now, you asked her if you could go hunting on
3  it? Is that what you asked?
4  A. Yes.
5  Q. All right. But you all weren't hunting that night,
6  were you?
7  A. No.
8  Q. What would you classify -- what were you all doing?
9  A. Playing in the snow.
10 Q. Mudding or four-wheeling?
11 A. Four-wheeling in the snow.
12 Q. Okay. And you had not asked Mr. or Mrs. Sivley if it
13 was okay to do that, I take it?
14 A. No.
15 Q. Okay. And you're saying that in order for you to get
16 to Mr. and Mrs. Sivley's property you were having to go on
17 to the city's property?
18 A. I would say yes. There's like a little -- a road that
19 -- that -- it's a dirt road that goes to like a little
20 electric box thing, and you just drive down that and then
21 you're right there.
22 Q. Okay. So Mr. Toon got to your house somewhere between
23 7:00 and 8:00?
24 A. Uh-huh.
25 Q. Yes?

Page 17:

1  A. Yes.
2  Q. And how -- what did you all -- tell me what -- exactly
3  what you all did between -- after he got to your house.
4  A. We just played video games and hung out.
5  Q. Okay. Did you all drink any alcohol then?
6  A. No.
7  Q. None?
8  A. None.
9  Q. Okay. And did you all eat anything?
10 A. No. I don't know.
11 Q. Okay. I want to make sure I'm getting your testimony
12 based on what you recall and not based on what Mr. Toon
13 testified. So if you don't -- you specifically don't
14 recall, then tell me you don't recall. I'm kind of
15 worried about making sure your testimony is based on your
16 memory versus what you've read.
17 A. Okay.
18 Q. So if you can try to remember -- tell me what you
19 remember specifically.
20 A. I remember that we didn't drink any alcohol because --
21 like when we were going through the whole thing and it was
22 so fresh and that's just something that was asked of me so
23 many times. I know that. It was never asked to me if we
24 ate anything, so, really, I don't know.
25 Q. Okay. How long did you all play video games before

Page 18:

1  you went mudding or four-wheeling?
2  A. I'd say an hour and a half, hung out there, played
3  video games.
4  Q. Okay. Did you wear a watch at that time?
5  A. I don't know.
6  Q. Okay. Were you looking at the clock, or your watch,
7  or anything during this period of time?
8  A. No. I don't know.
9  Q. So your -- your times are estimates based on just your
10 gut feeling, I take it?
11 A. Yes.
12 Q. All right. So do you have any -- do you really know
13 what time you all went mudding or four-wheeling?
14 A. No, not precisely.
15 Q. Okay. And how long -- do you know how long you all
16 went mudding or four-wheeling?
17 A. I'd say about an hour.
18 Q. Okay. And tell me about what you did during that
19 period of time.
20 A. What we were --
21 Q. Was it just mudding or four-wheeling, or did you all
22 get out at any point?
23 A. Yeah, we got out a couple times. We'd drive around
24 and we'd see some like deer tracks, get out, look at the
25 deer tracks, figure out, you know, where they're going.

Page 19:

1  Because there's like a plot of woods right there, and you
2  -- they come to and from the river, so we just kind of
3  looked at the deer tracks. You can tell whether it's a
4  male or female deer by their tracks, things like that.
5  Q. Okay. Do you know whether Mr. Toon had his cell phone
6  with him when you all were mudding?
7  A. I have no idea.
8  Q. Do you know whether he made any phone calls during
9  that time?
10 A. I have no idea.
11 Q. Okay. Do you remember him making any phone calls
12 during that time?
13 A. No.
14 Q. Okay. Did you all have the lights on on the vehicle?
15 A. No.
16 Q. Okay. And would that be the entire time that you left
17 from your house until the time you all got back?
18 A. Yes.
19 Q. Did you all drive on Sivley Road? Tell me how many
20 times you drove on Sivley Road.
21 A. We left my house and drove on Sivley Road to the
22 field, which is approximately -- roughly a hundred meters,
23 hung out in the field, did all that, and then when we came
24 back, same thing, got back on the road for about a hundred
25 meters and pulled in my front yard.

Page 20:

1  Q. Okay. And why did you all not use your headlights?
2  A. Well, I never did when I go out in that field just so
3  -- there's -- the field kind of faces the back of some
4  houses, and I wouldn't want lights going in my back
5  window, you know, so I never turn my lights on. And
6  there's street lights on the road, so you really never
7  need them. And it was snowy as crap, it was really light
8  out like, you know -- you know what I'm talking about,
9  like when you go outside and there's snow covered on the
10 ground and even at 9:00 at night you can actually see
11 pretty good?
12 Q. Uh-huh.
13 A. It was just like that. And I wouldn't want anybody
14 shining lights in my windows so I just never do.
15 Q. What about when you -- you all were driving down the
16 road, why wouldn't you use the lights then?
17 A. Just didn't need them. The road was literally, like I
18 said, it was a hundred meters, there's street lights on
19 the road.
20 Q. All right. Did you have your cell phone with you when
21 you were out there?
22 A. I have no idea.
23 Q. Do you remember if you made any phone calls during
24 that time?
25 A. I have no idea.

**Page 21**

1  Q. Okay. Did you all take any alcohol with you when you
2  went four-wheeling?
3  A. No.
4  Q. Do you know whether there was any in the truck?
5  A. I don't know. No. I don't know. I don't know if he
6  keeps a stash hidden or what, but I would say no.
7  Q. Did you all discuss the fact that you were on property
8  that you shouldn't be on?
9  A. No. I mean, I've been out there plenty of times, he's
10 been with me a couple of times, so it's not -- it wasn't
11 really anything new. We were just going out there to
12 hang out and look for some deer.
13 Q. Okay. Do you know what time you all arrived back at
14 your house?
15 A. I don't know the exact time. I think around 10:00.
16 Q. Why would you say around 10:00?
17 A. Because when I replayed the time line after it
18 happened and it was asked of me, I figured if he got there
19 at 7:00, we hung out for an hour and a half, two hours,
20 it'd been about 8:00 or 9:00, we rode in the field for
21 about an hour, so I figured that would be about 10:00.
22 Q. But all of these estimates of yours are estimates?
23 A. Are estimates, yes.
24 Q. Okay. After you all got back to your house what did
25 you do?

**Page 22**

1  A. We sat at the bar, or my little center thing in the
2  kitchen -- I call it a bar, it was like an island -- sat
3  there and drank some beer, drank a mixed drink.
4  Q. All right. What -- what did you all drink?
5  A. Well, I drank Bud Light. I'm not quite sure what he
6  -- the kind of beer he was drinking, probably Bud Light,
7  too, but -- and we had Southern Comfort and Coke, Soco and
8  Coke.
9  Q. All right. And did both you and Mr. Toon have one of
10 those?
11 A. Yes.
12 Q. Did you have just one drink, or do you know?
13 A. Well, I -- I'm not sure how many beers I had. I think
14 I had like two or three beers and then one mixed drink.
15 Q. All right. Do you know how much Mr. Toon had?
16 A. Probably roughly the same. I don't know, though.
17 Q. Okay. But you know that he did have a Southern
18 Comfort and Coke drink?
19 A. Yes.
20 Q. Do you know whether or not Mr. Toon was on the cell
21 phone during the time that he was sitting at the bar with
22 you?
23 A. I don't remember.
24 Q. Do you recall Mr. Toon being on his cell phone at any
25 point during that time?

**Page 23**

1  A. Yeah. He was on the phone kind of a lot. I'm not --
2  Q. Was anyone else at your house besides Mr. Toon?
3  A. No.
4  Q. At any point during that evening was anyone else there
5  besides Mr. Toon and you?
6  A. Other than the cops?
7  Q. Yes.
8  A. No.
9  Q. All right. And do you know how long a period of time
10 it was between you getting back from the field and the
11 police officer knocking on the door?
12 A. I'd say about an hour, hour and a half.
13 Q. Okay. And, again, that's an estimate on your part?
14 A. That's an estimate, yes.
15 Q. All right. Both of you all were drinking at this
16 time, drinking alcohol at this time?
17 A. Yes.
18 Q. Are you aware that someone called 911 at 11:12 p.m.
19 and reported that a red Dodge pickup was driving up and
20 down Sivley Road with no lights on?
21 A. I'm aware of it now. Yes, from what I've read and
22 heard.
23 Q. Just what you've read and heard, you were not aware of
24 it then?
25 A. No.

**Page 24**

1           MR. COLE: Can you define then?
2  Q. Meaning at the time of the incident.
3  A. Nope; absolutely not.
4  Q. Okay. You agree that they -- whoever this person was
5  was likely talking about you and Mr. Toon?
6  A. Well, probably.
7  Q. Okay.
8  A. Yes.
9  Q. How busy is that road?
10 A. It's not busy.
11 Q. Okay. Is it a dead-end road?
12 A. It's a dead-end, yes.
13 Q. All right. Do you recall seeing any other vehicles
14 out that night when you all were out?
15 A. Nope. Not many other vehicles could really drive
16 around that night, I don't think. It was snowing pretty
17 bad.
18 Q. All right. Is it possible that you all were riding
19 around at 11:12 p.m. when the 911 call came in?
20 A. No, I don't think so.
21 Q. You don't think so.
22    So if I talked to that person and they tell me that
23 they called when they saw the vehicle, you would disagree
24 with that?
25 A. At 11:12?


**Page 25**

1  Q. Yes.
2  A. Yes.
3  Q. But you admit you weren't -- you didn't -- you weren't
4  looking at a clock at that time?
5  A. No, I wasn't, but that seems kind of late.
6  Q. When you said that you went back over this in your
7  mind and figured out the time line, did you and Mr. Toon
8  do that together?
9  A. No. I mean, I was laying in a jail bed for about two
10 days thinking about everything that had happened, he was
11 in the cell across the way, so we had no communication.
12 Q. Okay. But I'm talking about since -- after you left
13 the jail you all talked together -- with each other about
14 the time line?
15 A. Yeah, we talked about -- we talked about the incident,
16 yeah.
17 Q. And the time line?
18 A. Yes. Sure.
19 Q. Are you aware that Officer Phelps has testified that
20 he met you and Mr. Toon on the road driving without the
21 lights on?
22 A. Yes.
23 Q. Do you know whether or not that occurred?
24 A. That absolutely did not occur.
25 Q. And why do you say that did not occur?

**Page 26**

1  A. Because you're saying he seen us driving down the road
2  with no lights on?
3  Q. Right.
4  A. It's impossible.
5  Q. And why is that?
6  A. We were on the road for literally fifteen seconds, and
7  this is a dead end. We were from dead-end to my house,
8  fifteen seconds.
9  Q. Okay.
10 A. So at what point could he have met us on the road?
11 Q. Could he have -- could he have been on Sivley Road at
12 that point?
13 A. Could he have?
14 Q. Yes.
15 A. He could have been anywhere.
16 Q. All right. And so he could have seen you all on
17 Sivley Road?
18 A. He could have, yes.
19 Q. Are you aware that Officer Phelps testified that he
20 saw you and Mr. Toon exit the vehicle in your driveway?
21 A. Yes.
22 Q. Any point in time while you were at your house did you
23 or Mr. Toon go out to Mr. Toon's vehicle?
24     MR. COLE: Can you -- can you better define
25 that for me, please, ma'am? I just want to make sure

**Page 27**

1  he understands the question if anytime he -- they went
2  to the vehicle. Obviously, he went to the vehicle
3  when they left to go riding in the field.
4  Q. Okay. Any time other than the fact that you all left
5  and got in the vehicle and left and came back, did you or
6  Mr. Toon go out to the vehicle at any point in time?
7  A. Not that I can think of, no.
8  Q. Okay. I believe the time line indicates that Officer
9  Phelps was at your door at 11:35 p.m. that evening. Tell
10 me what you recall at that point.
11 A. Well, I was in my kitchen, got a knock at my garage
12 door. Well, like he went into my garage and knocked on
13 the door leading to my laundry room that leads to my
14 kitchen. I opened the door, and I was like, "Can I help
15 you?" and I went outside and he goes, "Who's truck is that
16 parked out in your front yard?" I said, "It's my buddy,
17 Toon," and he said, "Well, can you go get him?" I said,
18 "Sure." So I go inside and I tell Steve. I came in.
19 "This cop's outside, he's asking about your truck. He
20 wants to talk to you." And he said, "Well, I'm talking
21 on the phone. I don't want to talk to him," or whatever.
22 I said, "Okay."
23 Q. Was he on the cell phone at that time?
24 A. Yes. Yeah.
25      So I go back outside and I said, "Hey, sir, he's on

**Page 28**

1  the phone; he doesn't want to talk to you," and he's like
2  --- the cop said, "Go tell him he needs to come outside or
3  I'm going to get a warrant for his arrest and I'm going to
4  come in there and get him." So I was like, "Okay." So I
5  go back in and say, "Hey, man, you've got to come out and
6  talk to this guy, he's going to come in here and take you
7  to jail," basically. And he's like, "Okay," so he comes
8  out.
9  Q. All right. Let's stop right there. First, are you
10 aware that we've received Mr. Toon's cell phone records?
11 A. Yes.
12 Q. And are you aware there is no indication that he was
13 on the phone at any point at this time?
14 A. Yes.
15 Q. All right. So -- but you're certain he was on his
16 cell phone?
17 A. Yes.
18 Q. Do you know who he was talking to?
19 A. No; I have no idea.
20 Q. Okay. Now, the -- the time line indicates that the
21 officer came to the door at 11:35 p.m. and Mr. Toon did
22 not exit the house until 11:50. So fifteen minutes. All
23 right. Do you agree that it took fifteen minutes for Mr.
24 Toon to go to the door?
25 A. No, I don't. I think it may have took three at the

**Page 29**

1  most.
2  Q. Really?
3  A. Yeah. Because he came up to go outside, and the --
4  the officer really didn't want to talk to me at all, it
5  seems like, he just wanted me to get him. So I go in,
6  tell him, came back out, told me that, went in and he came
7  out like a minute or two later, so --
8  Q. Okay. Well, again, you're estimating time?
9  A. Yeah, I'm estimating time, but that's -- that's a
10 pretty big time lapse, fifteen minutes. I think I'd be
11 aware if I talked to the cop for fifteen minutes. I think
12 we shared two sentences together.
13 Q. All right. You had been drinking at that point;
14 correct?
15 A. Yes.
16 Q. All right. You agree with me that alcohol impairs
17 your ability to do certain things?
18 A. Yes.
19 Q. And would you agree with me that that may include
20 impair your ability to estimate time periods?
21 A. Yes.
22 Q. All right. So you're saying two or three minutes Mr.
23 Toon came to the door?
24 A. Yes.
25 Q. Where was Mr. Toon in the house in relation to the

**Page 30**

1  door?
2  A. He was in the kitchen.
3  Q. So how far is that?
4  A. Thirty feet, I'd say. Because you go -- you got the
5  garage door, and then you have like -- from my laundry
6  room, which is like ten feet, and there's another door
7  there, and then probably another ten, twenty feet to the
8  little island, twenty, twenty-five feet.
9  Q. All right. Do you have a front door on that house?
10 A. Yes.
11 Q. And do people come to your front door?
12 A. Yes.
13 Q. Okay. When you and Mr. Toon came back from driving
14 around that evening what door did you all use?
15 A. The garage door.
16 Q. Do you know why the officer -- did you know why the
17 officer was there at that point?
18 A. No.
19 Q. Okay. Did you suspect it was for trespassing, or did
20 you know?
21 A. I had no idea up until he knocked on the door, he
22 asked about his truck. I was like, "Okay."
23 Q. But you didn't have any suspicions on what it was or
24 something?
25 A. No.

**Page 31**

1  Q. Now, are you aware that Mr. Toon testified that he
2  hung up the phone with the person he was on the phone with
3  and actually called other people during that period of
4  time?
5  A. That's what I read in that, yeah.
6  Q. Do you recall that?
7  A. No, I wasn't standing next to him. I was talking to
8  the cop, so --
9  Q. So you stood out there with the cop the whole time?
10 A. I went outside to talk to the cop.
11 Q. Yes. And did you go outside and shut the door, or did
12 you leave the door open?
13 A. I don't remember. I think I shut the door, but I
14 really have no clue. I go outside, "Can I help you, sir?"
15 He said, "Whose truck is that parked out in your front
16 yard?" I said, "It's my buddy's, he's inside." "Can you
17 go get him?" "Sure." That conversation just took me
18 thirty seconds. I walked back in the house --
19 Q. Did you shut the door, or open the door, or did you
20 leave the door open?
21 A. I opened the door.
22 Q. And you left it open?
23 A. I have no idea. All right. Walked in the house. I
24 said, "Hey, Steve, this cops wants to come talk to you."
25 He said, "I'm on the phone. I don't want to go talk to

**Page 32**

1  him." I said, "Okay." I walked back outside, "Hey, sir,
2  he doesn't want to talk to you, he's on the phone right
3  now." "You tell him to come outside or I'm going to get a
4  warrant for his arrest and I'm going to come in and take
5  him to jail." I said, "Okay." I went in, he came out.
6  Q. You went in, and what, you told him --
7  A. Told him exactly what the cop told me, and he said,
8  "All right."
9  Q. And he hung up the phone, or was he still on the phone
10 when you went back in there?
11 A. I think it's like, "I'll be out in one second." I
12 went outside, said, "He's coming out."
13 Q. Was he still on the phone or not?
14 A. He was still on the phone, yes.
15 Q. All right.
16 A. So I went back outside, and almost immediately after
17 that, maybe a minute, he came outside.
18 Q. Okay. How did you know that we had received a copy of
19 the cell phone records?
20 A. Ken Haggard told me.
21 Q. Ken Haggard told you. When did you speak to Ken
22 Haggard?
23 A. It was before our last court date. He said that they
24 had pulled the phone records.
25 Q. Before what last court date?

**Page 33**

1  A. The last court date that we went to where he was on
2  trial and I went up to talk as a witness.
3  Q. Okay. So Ken Haggard told you that before the
4  criminal trial they had received a copy of the cell phone
5  records?
6  A. Yes. I don't know. I have no idea. It was a long
7  time ago. It was a while ago.
8  Q. Okay. And what did Mr. Haggard tell you about the
9  cell phone records?
10 A. He said that they said he hadn't made -- they pulled
11 his phone records and the phone records didn't indicate
12 that he was talking on his phone.
13 Q. Okay. And were you surprised by that?
14 A. Yes. It's kind of weird.
15 Q. Okay. Because you're certain that he was on his cell
16 phone at that time?
17 A. Yes.
18 Q. Do you know whether he was actually talking on the
19 cell phone, or if he just messing with it, or do you know?
20 A. No. I -- I don't know. I -- I can't -- I can't
21 picture this in my head. I know he was on his phone. He
22 may have been texting. I'm pretty sure he was talking.
23 Yeah, he was talking on it.
24 Q. He was talking on the phone?
25 A. Yeah.

**Page 34**

1  Q. You're certain of that?
2  A. I'm certain.
3     Did you check my phone records?
4  Q. No, but I'm going to.
5  A. Okay. Because I was going to say maybe he was on my
6  phone.
7  Q. I -- I have every intention of doing so. What's your
8  cell phone service at that time, who were you with?
9  A. Verizon, Verizon Wireless.
10 Q. Were you letting him use your cell phone?
11 A. Possibility.
12 Q. Did you have a home phone at this time?
13 A. No. Oh, wait. Yes, I did. It was through Comcast
14 or Charter.
15 Q. Okay. But he wasn't on -- he was on a cell phone?
16 A. He was on a cell phone.
17 Q. All right. Tell me what you -- after Mr. Toon goes
18 outside tell me what you saw.
19 A. Well, the -- I don't know the officer's name. I know
20 there's a Phelps and Felts, and I get them confused all
21 the time. So the officer took him out to the cop car, and
22 I was walking out with them and the officer told me to
23 just go back in the house. I was like, "Okay." So I went
24 and kind of just stood by my door that he had knocked on
25 and I was just watching because I was kind of curious, you

**Page 35**

1  know, of what was going on.
2  Q. And how far is where you're standing from where
3  they're performing the field sobriety tests?
4  A. It was about thirty feet or so.
5  Q. So about the same distance as the door of your utility
6  room to your --
7  A. Sure. Yes.
8  Q. -- bar where Mr. Toon was sitting?
9  A. Yes. It's an estimate. However long my driveway is
10 plus my garage. It might be longer than that. It might
11 be fifty feet.
12 Q. Okay.
13 A. But yeah, I was standing out there, and at first they
14 were just talking and I was just watching, and then they
15 started doing a field sobriety test, and another cop car
16 showed up. So I went out there, and I was like just
17 talking to one of the other officers going -- I was like
18 just talking to them, "What's going on?" you know, "Why
19 are they -- why are they doing all this stuff?"
20 Q. And what were they doing?
21 A. A field sobriety test. And then when I went out
22 there I started talking to the cop. I said, "Why are they
23 doing a field sobriety tests," and things like that, and
24 he, basically -- the officer was like, "Well," you know,
25 "he's" -- like a DUI situation, or whatever, and they --

**Page 36**

1  at that point -- like I was just kind of standing there
2  watching, and at that point is when they -- you know,
3  fireworks started going off.
4  Q. Fireworks?
5  A. Fireworks as in the guy pulls out a taser gun and he
6  starts shooting.
7  Q. Okay.
8  A. And -- well, I was literally standing like me and her
9  (indicating to court reporter) are, further apart than me
10 and the cop were that shot him with the taser gun. So we
11 were like almost touching shoulders. He shoots him with
12 the taser gun. They -- well, Officer Phelps or Felts,
13 whoever arrested him, grabs Steve and slams him over the
14 hood of the car and they all started yelling. Like
15 everybody started yelling. I'm just standing there like,
16 "What the hell?" and the cop standing next to me pulled
17 out his taser gun and shoots him with the taser gun. All
18 right. Steve goes to the ground and he's screaming, you
19 know, and I hear the other officer say, "Tase him again,"
20 so he tases him again. And they pick him up, put him in
21 handcuffs, throw him in the car. And then I started
22 talking to the officer, and I was like, "Sir, what --
23 what's going on? Why -- why did you arrest him?" And he
24 said, "DUI." And then we get into this whole conversation
25 about --

**Page 37**

1  Q. Who's we?
2  A. Me and the officer.
3  Q. You don't know who it was?
4  A. I don't know who it was.
5  Q. Well, which one was it in relation to where he was
6  standing during all this going on?
7  A. It was the one -- not the one that arrested him, not
8  the one with the taser gun, but the other one.
9  Q. Okay.
10 A. So we started -- or we started talking, "Why are they
11 arresting him?" And he said, "DUI." And I was like,
12 "Don't you have to be driving to get a DUI?" And he's
13 like, "Well, this officer here seen you guys pull -- or
14 seen him driving and pull into the house," or whatever. I
15 was like, "Sir, that's impossible." I was like, "He's
16 been at my house for like an hour." I was like, "There's
17 no way he'd seen him driving," you know. He's like,
18 "Well" -- this and that. And I -- and I pointed out to
19 the cop, I said, "Look, sir, his truck's parked in my
20 front yard." He's got thirty --
21       MR. SHEPARD: How big are your tires?
22       MR. COLE: Don't ask Steve questions or
23    anybody else while she's examining. I'm sorry to
24    interrupt.
25 A. I think -- I think he has thirty-five inch tires with

**Page 38**

1  like an eight inch -- I mean, it's huge. The tires are
2  like a foot wide. It's big. I said, "Sir, there's no
3  tire tracks in the show behind his truck." I said,
4  "There's tire tracks in the snow behind the officer's
5  car." I was like, "He wasn't driving." And he said,
6  "Well, it's snowing pretty hard out here." I was like,
7  "Well, it didn't snow, you know, five inches in the last
8  ten minutes that you guys have been here." And then he
9  was just like, "Go back -- go back in your house."
10 Q. This was after Mr. Toon was in the back of the vehicle
11 and they arrested him when you had this conversation?
12 A. Yes.
13 Q. The vehicle -- the cop car was still there with Mr.
14 Toon in the backseat --
15 A. Yes.
16 Q. -- at this point?
17 A. Yes.
18 Q. Okay. Do you recall testifying at the criminal trial
19 that when they started to arrest him, "I went out there"?
20 A. Yes.
21 Q. Okay. So when you went out there you knew they were
22 getting ready to arrest him?
23 A. Yes.
24 Q. Okay. And, as I recall -- we're going to watch the
25 video here in a minute just to make sure that you and I

**Page 39**

1  are on the same page -- but you went out there, it
2  appears, after they did the field sobriety tests, but
3  before they gave the PBT to blow into. Would that be
4  correct?
5  A. Yes.
6  Q. And it also appears that you went out there on three
7  different occasions. Tell me why you went out there. At
8  least you're on the video on three different occasions.
9  Tell me what that was.
10 A. He had just gotten eye surgery and he was needing
11 drops like every -- all the time, and I was trying to get
12 him his eyedrops and I couldn't find them. So I was going
13 back and I had to keep asking him, "Hey, I can't find your
14 eyedrops. Where they at?" and I just stayed out there.
15 Q. Okay. Did you -- before you went out there they did
16 the HTN, which is to follow the finger. Could you see
17 this going on?
18 A. Yes.
19 Q. I mean, were there lights on them?
20 A. I don't know if there were lights. I could see it,
21 though. I have street lights on the street and when it's
22 -- it was --
23 Q. Okay. Was there anything obstructing your view at all
24 from your garage to the road?
25 A. No.

**Page 40**

1  Q. Okay. He did the one-leg stand. Where were you when
2  he did the one-leg stand?
3  A. In my garage.
4  Q. All right. And he did the walk and turn. Where were
5  you when he did the walk and turn?
6  A. I don't know if I was in my garage or I was looking
7  for his eyedrops.
8  Q. Do you remember seeing the walk and turn at that
9  point?
10 A. I don't remember seeing the walk and turn.
11 Q. All right. Before the PBT Officer Phelps asked Mr.
12 Toon how much he had to drink and you were standing there,
13 do you recall his response?
14 A. No.
15 Q. Okay. He testified -- I'm sorry. He said, "I had a
16 couple of beers before I got over here and then two
17 beers." That would not be the truth, would it?
18 A. Well, it would be the truth with an exception of one
19 other drink.
20 Q. Officer Phelps said, "What all have you had to drink
21 here" --
22       MR. COLE: I want to ask you -- I'm going to
23    object and ask you to play what Office Phelps said --
24       MS. BLANKENSHIP: I'm going to.
25       MR. COLE: -- and if you want --

### Page 41

1  MS. BLANKENSHIP: I'm going to.
2  MR. COLE: -- to respond to that. I'm going
3  to object for him to conjecture as to what Officer
4  Phelps said. But go ahead and ask a hypothetical --
5  MS. BLANKENSHIP: I've written it down, and
6  I let you do that the other day to my officer. You
7  wrote down things and said, "That's what you said."
8  MR. COLE: I'm just making an objection.
9  I'm not telling him not to answer or anything like
10 that.
11 Q. Officer Phelps said, "Mr. Toon, what all have you had
12 to drink tonight?" He said, "I had a couple beers before
13 I got" -- I wrote down, "I had a couple beers before I got
14 over here and then two beers." That wouldn't be true,
15 would it?
16 A. No.
17 Q. Because he also had a Southern Comfort drink, as well,
18 while he was at the house, correct?
19 A. Correct.
20 Q. All right. You were present when he did the PBT,
21 correct, the preliminary breath test?
22 A. Yes.
23 Q. All right. Do you know -- I mean, there were three
24 different times that they asked him to do that, correct?
25 A. Yes.

### Page 42

1  Q. All right. You don't know whether or not Mr. Toon was
2  doing -- doing the best he could or not, do you?
3  A. Well, it looked like he was.
4  Q. But you don't --
5  A. I don't know. I didn't --
6  Q. You're not an expert on PBT?
7  A. -- see his lungs or anything.
8  Q. Okay. All right. Have you ever given a PBT before?
9  A. No.
10 MR. COLE: You mean given one like
11 administered one or taken one?
12 MS. BLANKENSHIP: Taken one.
13 A. I've never taken one.
14 Q. All right. You've never given one, either, like
15 administered one, either, correct?
16 A. No.
17 Q. All right. Would you admit that Mr. Toon appeared
18 irritated and annoyed?
19 A. Yes.
20 MS. BLANKENSHIP: Let's just go ahead and
21 show the video.
22 MR. COLE: By the way, can we go off the
23 record?
24
25 (OFF THE RECORD)

### Page 43

1  Q. To go back to -- we just finished watching the video,
2  right?
3  A. Yes.
4  Q. And to go back to the question I asked you before
5  about Officer Phelps asking Mr. Toon what he had to drink,
6  his response was, "I had a couple of beers before I came
7  over here and then I had like two beers." Do you recall
8  hearing him say that?
9  A. Yes.
10 Q. All right. You know Mr. Toon pretty well, correct?
11 A. Yes.
12 Q. All right. Does he typically have a slurred speech
13 like he does on that video?
14 A. Yes; he's got a thick country accent that not many
15 people can -- when we used to work together we used to --
16 it was a running joke of Steve teaching the class, ain't
17 nobody going to know what he's talking about because he's
18 got a real country-type accent and he talks --
19 Q. Okay. Well, I -- I also have a county accent, or at
20 least I'm told that all the time, but that doesn't
21 necessarily mean I have a slurred speech. I mean -- so,
22 to me, that speech -- I understand what country means. I
23 grew up in the country out on a dairy farm, actually,
24 believe it or not, and, you know, that doesn't necessarily
25 mean that someone has a slurred speech, so --

### Page 44

1  A. I mean, I -- I don't -- I don't know, really -- I
2  don't -- can't really classify what the difference between
3  slurred speech and kind of -- I mean, Toon is hard to
4  understand.
5  Q. Okay.
6  A. And your country accent ain't nothing like his.
7  Q. All right. Would you agree that Mr. Toon was not
8  cooperative with the officers?
9  A. No.
10 Q. You think that he was completely cooperative with
11 them?
12 A. Yes.
13 Q. All right. Did he -- did he put his hands behind his
14 back?
15 A. I think --
16 MR. COLE: Hold on a second before you
17 answer the question. I'm going to object to that
18 unless you can lay some foundation that he was asked
19 to put his hands behind his back. But go ahead and
20 reask the question and he can answer if he wants. But
21 I think you're asking a question that lacks proper
22 foundation.
23 Q. Let me ask you this, when -- let me ask you this, when
24 Mr. -- when they told Mr. Toon, "Mr. Toon, go ahead and
25 turn around," I think you already testified you knew that

| | |
|---|---|
| 1  he was being arrested before he even did the PBT, correct? | 1  Q. Yes. |
| 2  A. Yes. | 2  A. But usually I would think he'd say, "You're under |
| 3  Q. All right. | 3  arrest. Go ahead and turn around and put your hands |
| 4  A. I figured as much. | 4  behind your back." |
| 5  Q. Yeah. And did you know that they were arresting him | 5  Q. All right. If the officer said, "Mr. Toon, go ahead |
| 6  when they said, "Mr. Toon, go ahead and turn around"? | 6  and turn around," would you have turned around and put |
| 7  A. Yes. | 7  your hands behind your back as he was -- |
| 8  Q. All right. Would that, in your mind, mean turn around | 8          MS. BLANKENSHIP: I'm asking what he |
| 9  and put your hands behind your back? | 9     would -- |
| 10         MR. COLE: I'm going to object to -- well, | 10        MR. COLE: You said Toon instead of Shepard. |
| 11    I'll let him answer. I'm going to object to it calls | 11        MS. BLANKENSHIP: I don't think I said |
| 12    for speculation. | 12    anybody's name. |
| 13        MS. BLANKENSHIP: No. I asked him what he | 13        MR. COLE: Court Reporter, would you read |
| 14    -- it would mean to him. That's not speculating. | 14    that back what the question just was? |
| 15  A. I -- | 15        (Question played back) |
| 16        MR. COLE: Before you answer. Again, I'm | 16  Q. If the office said, "Mr. Shepard, go ahead and turn |
| 17    going to object to relevance and then order that it's | 17  around," would you have put your hands behind your back |
| 18    the reason -- mechanically to lead to admissible | 18  and turned around? |
| 19    evidence. Go ahead and answer. | 19  A. I would probably just turn around. |
| 20  Q. Okay. So if an officer just gave a field sobriety to | 20  Q. Okay. The -- to face the way -- not facing the |
| 21  you, PBT, complained to you that you were not cooperating | 21  officer, correct? |
| 22  with the PBT, and said, "Mr. Shepard, go ahead and turn | 22  A. If someone told me to turn around I would face the |
| 23  around," would you know you were being arrested at that | 23  opposite way I'm currently facing. |
| 24  point? | 24  Q. Okay. All right. If the officer was attempting to |
| 25  A. I probably would. | 25  get your hands behind your back would you willingly allow |
| 45 | 46 |
| 1  him to put your hands behind your back? | 1  eyes, or -- |
| 2         MR. COLE: I'm going to object to the | 2  Q. No. Was there either headlights, or -- |
| 3     relevance of it having to do with anything about the | 3  A. There were headlights. |
| 4     case subject to what -- what he knows he can certainly | 4  Q. -- headlights or some sort of light in your face, is |
| 5     answer. | 5  my question. |
| 6  A. If an officer grabbed my hand I would not try to make | 6  A. Yes. |
| 7  him not grab my hand. | 7  Q. All right. And where all this was going on with the |
| 8  Q. Okay. All right. You were standing in front of the | 8  incident with Mr. Toon was to -- you were looking at the |
| 9  vehicle during this incident, correct? | 9  vehicle to the right to the car, correct? |
| 10  A. Yes. | 10  A. It would -- the driver side of the car. |
| 11  Q. All right. And you had take-down lights in your face | 11  Q. All right. And were there -- the lights that were |
| 12  during the entire incident, correct? | 12  shining on to you were not shining over there, correct? |
| 13  A. Take-down lights? | 13        MR. COLE: Please define over there. |
| 14  Q. The lights above the police officer's car. | 14  Q. Where Mr. Toon was, the incident with Mr. Toon was |
| 15  A. The -- the blue lights? | 15  occurring. |
| 16  Q. No. They're take down -- let me just ask you, did you | 16  A. No. |
| 17  have lights in your face? | 17  Q. Okay. Officer Felts, who is the officer that had the |
| 18  A. I don't believe so, no. | 18  taser at one point, appears to be standing for a good deal |
| 19  Q. Did you just watch the video, the same video I | 19  of the incident in between you and Mr. Toon. Would that |
| 20  watched? | 20  be fair to say? |
| 21  A. Yes. | 21  A. He was standing right next to me. He wasn't in |
| 22  Q. All right. And you're saying that you don't have | 22  between us, I was -- he was next to me. |
| 23  lights on your face during that video? | 23  Q. And you're saying for the entire incident you were |
| 24  A. Not shining on my -- no, I don't -- I'm not | 24  standing next to Officer Felts? |
| 25  understanding. Like was there like a light flashing in my | 25  A. Yes. |
| 47 | 48 |

1  MR. COLE: Please define the incident.
2  Q. Okay. The entire time that Mr. Toon -- from the time
3  he was being arrested when he was told to turn around
4  until the that he was -- handcuffs were put on him, are
5  you saying that you were standing by Officer Felts that
6  entire time?
7  A. I was standing -- okay. I was standing by him up
8  until the time where he went to -- they picked him up off
9  the ground.
10 Q. Okay. When they picked him -- when did that occur?
11 A. After they tased him.
12 Q. The first or second time?
13 A. The second time.
14 Q. All right. And so you're saying that you stood by --
15 and you watched the same video I did, you're saying you
16 were standing by Officer Felts that entire time, next to
17 him, not behind him?
18 A. I -- I don't know how to answer this question. I
19 don't know what you're trying to get at. Is there an
20 easier way to tell me what you're trying to get at?
21 Q. So you're standing next to Officer Felts, shoulder to
22 shoulder. I think you even said, I wrote it down, almost
23 touching shoulders during this time?
24 A. Yes.
25 Q. That would be -- that means that you all are standing

49

1  next to each other, you're both facing the exact same
2  direction and standing next to each other. And that's
3  what your testimony is?
4  A. Yes.
5  Q. All right. And that he at no point in time was in
6  between you and Mr. Toon or the two officers?
7  A. No.
8  Q. Okay. You understand you're under oath, correct?
9  A. I don't know -- I don't know what you're trying to ask
10 me. I can't figure this out. Like, what do you mean? He
11 was standing next to me all the way to the very end, he
12 went down and they picked him up and threw him in the cop
13 car. So at that point he got in front of me.
14 Q. All right. That's fine. The video will reflect the
15 evidence. I appreciate that.
16    Did you see yourself turn around and look behind you a
17 few times during this process?
18 A. Yes.
19 Q. As well as during the time that Mr. Toon was being
20 arrested?
21 A. Yes.
22 Q. You were looking around, correct?
23 A. Yes.
24 Q. All right. And why were you looking around?
25 A. I have no idea.

50

1  Q. Okay. But you admit that in doing so you were not
2  able to see everything that went on?
3  A. Yes.
4  Q. All right. Would you also admit that the lights in
5  your face may have prevented you from being able to see
6  everything that went on over in the area by the driver
7  side vehicle?
8  A. No.
9  Q. And you also do not believe that you were -- your view
10 was obstructed at any point in time by Officer Felts?
11 A. No.
12 Q. Do you believe that Mr. Toon had his arms behind his
13 back the entire time of this incident?
14         MR. COLE: I'm going to object the question
15    in that I don't think it's easily understood, and you
16    need to define the terms of this incident and make
17    the question more clear so that the deponent can give
18    an accurate, reliable answer.
19 Q. When I say this incident, just so we don't have this
20 problem again, I'm talking about the incident from the
21 time that Mr. Toon was told to turn around, which I, to be
22 honest with you, thought that I defined a few minutes ago,
23 until he was -- the handcuffs were placed and he was put
24 in the back of the cruiser. Okay.
25    Now, did Mr. Toon have his hands behind his back this

51

1  entire time?
2  A. No.
3  Q. All right. Tell me when he did not have his hands
4  behind his back.
5  A. The cop -- when the cop grabbed him he put his hands
6  behind his back, he pushed him over to the car and slammed
7  him on the hood. All right. At that point the taser
8  incident happened, he shot him with the taser, he fell to
9  the ground, his hands were no longer behind his back. I
10 mean, he's laying on the ground screaming.
11 Q. Okay. Are you saying that his hands were behind his
12 back when he went over to the hood?
13 A. Yeah, I believe, from what I can remember, the cop was
14 holding his hands behind his back.
15 Q. Okay. And that they didn't come -- his hands did not
16 come out from behind his back at any point in time during
17 that process?
18 A. They may have. I don't know. It looked to me like
19 no. I could only see the one arm because he -- you know,
20 I was standing here (indicating), he was here
21 (indicating), so I could only see which would be his --
22 Q. His left arm?
23 A. His left arm. I couldn't see his right arm. So I
24 don't know if that one came out.
25 Q. So his right arm, which you couldn't see during the --

52

**Page 53**

1  basically the time that he told -- from the time that he
2  was told to put his hands behind his back until the time
3  that he came up after being on the hood, you couldn't see
4  his right arm, correct?
5  A. No. I would say no.
6  Q. All right. And do you recall someone -- do you recall
7  Mr. Toon raising his upper body off the hood of the car?
8  A. Yes.
9  Q. All right. Do you recall Mr. Toon being asked if he
10 wants to be tased?
11 A. No, I don't recall that. I know it says it on the
12 video, but I don't remember it from that exact situation
13 because it was like everybody was yelling at one time, so
14 -- I heard the word tased.
15 Q. Okay. Do you recall Mr. Toon responding to the
16 question?
17 A. No. I -- I can't recall any conversation that
18 happened right there because there was like three or four
19 people yelling. Like they were all yelling.
20 Q. All right. You didn't say, "If you want to fuckin'
21 tase me, tase me," did you?
22 A. I did not say that, no.
23 Q. All right. And did you say anything in response to
24 the question of, "Mr. Toon, do you want to be tased"?
25 A. No.

**Page 54**

1  Q. All right. Do you recall when Officer Tedford began
2  assisting Officer Phelps in attempting to get Mr. Toon
3  under control?
4       MR. COLE: I'm going to object in that it
5       calls for him to assume that it was necessary to get
6       Mr. Toon under control. Subject to said objection, go
7       ahead and answer the question, if you can.
8  A. I -- I really don't recall. I think it was -- they
9  were trying to pick him off the ground was when the other
10 officer got involved.
11 Q. Which would be when?
12 A. After they shot him with the taser.
13 Q. So you're saying that Officer Tedford wasn't -- you
14 don't think that Officer Tedford was involved until after
15 they shot him with the taser the second time?
16 A. No, not the second time. It -- it was like -- okay.
17 He shot him with the taser, he went to the ground. He's
18 screaming. At that point it looked like they were trying
19 to pick him up and then, you know, whatever goes by, a
20 few seconds go by, then the officer with the taser goes
21 down to try to help. So they, all three, picked him up.
22 Q. Okay. So you're saying that Officer Tedford didn't
23 become involved until after Mr. Toon was on the ground?
24      MR. COLE: I'm going to object that he's not
25      saying that, but go ahead and answer the question.

**Page 55**

1       MS. BLANKENSHIP: I think that's what -- am
2       I missing something?
3  A. I don't know. I have no idea. I don't -- can you --
4  okay. Officer Felts or Phelps --
5  Q. Phelps was the arresting officer.
6  A. Okay. Grabbed him, slammed him on the car. All
7  right.
8  Q. And wait, Officer Tedford -- the other officer was not
9  involved at this point, according to you?
10 A. No.
11 Q. All right.
12 A. All right. And then he turned sideways, shoots him,
13 goes to the ground, and then there was a whole -- a mess
14 of people. So I don't really --
15 Q. So you're saying Officer Tedford did not become
16 involved until after he was shot the first time?
17 A. Yes.
18 Q. All right. At what point -- well, you say his hands
19 were not behind him when he was on the ground, correct,
20 Mr. Toon's hands were not behind him when he was on the
21 ground?
22 A. Correct.
23 Q. All right. Tell me what happened. How did -- how did
24 he get his hands behind his back, if he did?
25 A. When they -- he was on the ground and he was just

**Page 56**

1  screaming and the other cops were grabbing his arms and
2  putting them there and holding him. I -- I think they put
3  the cuffs on him and then picked him up. But there was
4  three of them, you know, at the end, so it was a big
5  jumble. But they got the cuffs on him, picked him up, put
6  him in the car. So I'm assuming they grabbed his arms and
7  put them behind his back and cuffed him.
8  Q. Do you know what was going on after the first tase and
9  before the second tase? Could you see any of that going
10 on on the ground?
11 A. Yes. Toon was -- he was laying on the ground.
12 Q. How was he laying?
13 A. Like on his side. Like he was -- he was kind of doing
14 like the kicking chicken, you know, like shaking, one of
15 those, and then he stopped screaming. And it just seemed
16 like they were trying to arrest him, put the cuffs on him,
17 and then the other officer, that's when he jumped in front
18 of me and they got him. He tased him again and then they
19 got him.
20 Q. Okay. Do you remember Mr. Toon saying something after
21 the second tase?
22 A. No. But like I said, at that point there was a lot of
23 yelling going on and a lot of screaming. He was
24 screaming, cops were yelling. I don't really know what
25 was said at that point. I kept on hearing the words tase,

**Page 57**

1 "Tase him again," things like that.
2 Q. Do you know who was saying that --
3 A. I don't.
4 Q. -- or anything?
5   Now, on the video I don't see you at any point go
6 around to behind the police officer's car and look at the
7 tracks behind the police officer's car. Is there -- did
8 you do that at some point?
9 A. No, I didn't go around the other side of the car.
10 Q. So you didn't look at the tracks behind the police
11 officer's car to compare it to the tracks behind Mr.
12 Toon's vehicle?
13 A. I looked at them when I was standing on the side of
14 the car.
15 Q. And when were you doing that?
16 A. When I was going back and forth and I was standing
17 there for a good minute. I kept on coming back to the car
18 saying, "Hey, I can't find" -- you know, and then I was
19 standing there for a good amount of time just watching.
20 Q. Well, but it appears you're standing in front of the
21 vehicle for the most part of it, correct?
22 A. Correct.
23 Q. All right. Is it possible that the incident happened
24 so fast that you're not remembering it accurately?
25 A. It's possible that there may be some minor details

**Page 58**

1 that I'm not accurately displaying because it did happen
2 quick, yes.
3 Q. And you testified at the criminal trial, correct?
4 A. Correct.
5 Q. And you understand that if your testimony today is
6 different than what it was at the criminal trial that that
7 could be cause for perjury charges or something, correct?
8 A. Correct.
9 Q. All right. And you -- have you testified the same
10 today as you did at the criminal trial?
11 A. Yes.
12 Q. Tell me about your arrest.
13 A. Well, my arrest came -- was --
14 Q. I'm sorry. Before you -- before we move on to that,
15 have you testified as to everything that you recall about
16 the incident concerning Mr. Toon?
17 A. Yes. Wait. What did you just say?
18 Q. Have you testified -- I just want to make sure I
19 didn't miss anything. You've testified about everything
20 that you recall about the incident concerning Mr. Toon?
21   MR. COLE: I'm going to -- don't answer it
22 yet. I'm going to object to the question in that he's
23 not -- he's not going to be able to tell you if he's
24 testified about everything he recalled. I think he
25 can tell you whether he responded fully to all of your

**Page 59**

1 questions. But until he's been asked a question he
2 may not know what all he recalls. Go ahead and answer
3 it subject to my objection.
4 A. Yes.
5 Q. Okay. So go ahead and let's move on to -- tell me
6 about your arrest.
7 A. The way I felt about my arrest is, as you can see in
8 the video, the officer pointed back at my house saying,
9 "Just go back in your house," you know; that's what he
10 told me. Me trying to be, you know, the good person, I
11 was like -- that's when -- you can hear it, talking about
12 the tires and the tire tracks in the video if you listen
13 closely.
14 Q. You can?
15 A. I just heard it a minute ago, so --
16 Q. Okay.
17 A. And at that point I told him what I told him, what I
18 told you guys about the tire track thing, and then he told
19 me to go back inside. So I'm like, "Fine." You know, I
20 know enough's enough. I walked into my garage. At that
21 point the officer said, "Hey, Mr. Shepard, come out here."
22 And I was like, "Nope; I'm just -- I'm not coming back out
23 there. I'm staying right here." I was like -- you know,
24 and I knew, you know, I knew what was getting ready to
25 happen because I was out there trying to stop it. The

**Page 60**

1 officer came in to my garage and said, "You're under
2 arrest." And I was like, "For what?" He said, "Public
3 intoxication." I said, "Sir, I'm in my garage." He said,
4 "Well, then I'm arresting you for hindering the
5 prosecution of arrest." Now, I don't know what the hell
6 that is, so I was like, "Okay. I guess I'm going to jail
7 then." Handcuffed me, put me in the car, and took me to
8 jail.
9 Q. And what was the outcome of that?
10 A. They threw it out in court.
11 Q. All right.
12 A. They said that what they charged me with was not --
13 you can't charge me with that, there's no possible way.
14 Q. Okay. And did you have a criminal trial or was it
15 just thrown out?
16 A. I had a -- Ken Haggard was my lawyer. We went in
17 there. There was really nothing -- I guess they went to
18 the back room, did this, came out and they said, "Hey,
19 they're getting rid of," whatever. I think I had to pay a
20 fine or something. But for the most part --
21 Q. So did you plead guilty to public intoxication charge?
22 A. I think it was alcohol intoxication because I wouldn't
23 plead guilty to public intoxication because I wasn't out
24 in public, but -- and they said it was just a fine and it
25 didn't go on my record, so I was like, "Okay."

1  Q. Okay. Well, you understand that it did go on your
2  record probably, just so you know.
3  A. I'm sure. That's what they -- you know lawyers.
4  Q. Okay. I just didn't want you to think that your
5  record doesn't show that. I haven't looked at your
6  record, but if you did pay a fine, that's the equivalent
7  of pleading guilty, so it will be on your record.
8  A. I just figured alcohol intoxication was -- kind of
9  what was explained to me was, basically it's like getting
10 a parking ticket.
11 Q. All right. You were not happy with the officers for
12 arresting you, I take it?
13 A. I was pretty upset, yeah.
14 Q. Are you still upset with them today?
15 A. Yes.
16         MS. BLANKENSHIP: That's all I have.
17         MR. COLE: I want to ask you a few questions
18     here.
19         Ma'am, are you okay to continue?
20         COURT REPORTER: Yes, I'm fine.
21
22 CROSS EXAMINATION BY MR. COLE:
23
24 Q. I want to ask you a few questions, as well. You took
25 an oath when you joined the United States Army, did you

61

1  not?
2  A. Yes.
3  Q. Do you remember that oath to uphold the Constitution?
4  A. Yes.
5  Q. Did you take that oath seriously?
6  A. Yes.
7  Q. Do you follow that oath?
8  A. Yes.
9  Q. You were sworn in today and swore to tell the truth.
10 Do you take that oath seriously?
11 A. Yes.
12 Q. Just because you may be annoyed with somebody, or you
13 may be disappointed in somebody, or even if you are mad at
14 somebody, would you come in here and lie today because
15 you're mad at them?
16 A. I wouldn't come in here and lie just on the fact that
17 if I do I can go to jail for it. So whether I hated the
18 guy, loved the guy, I wouldn't lie because I don't want to
19 go to jail.
20 Q. I understand. Let's talk about you going to jail,
21 okay. Now, Officer Phelps is the one who made the
22 allegations against you? He says that he was following
23 you all down Sivley Road and activated his blue lights and
24 then followed you all into the yard. He testified to that
25 under oath. Are you aware that later on when we had --

62

1  when we had the criminal trial he had to change his
2  testimony?
3  A. Yes.
4  Q. Did Officer Sivley (sic) get behind you and follow
5  you all in the truck with his blue lights on?
6  A. No.
7  Q. Did Officer Sivley follow -- I'm sorry. I apologize.
8  Officer Phelps follow you all down Sivley Road?
9  A. No.
10 Q. Officer Phelps says you held the door open for him,
11 you helped Mr. Toon run away from that big, red truck and
12 go in the house. Did you do that?
13 A. No.
14 Q. Are you sure about that?
15 A. I'm positive.
16 Q. You might be forgetting something?
17 A. I'm positive.
18 Q. Officer -- and he couldn't remember the definition of
19 -- of alcohol intoxication in his deposition, but I took
20 the liberty of looking it up for your benefit. On March
21 7th or March 8th, 2008, were you manifestly under the
22 influence of alcohol to such a degree that you might be a
23 danger to yourself?
24 A. No.
25 Q. Were you manifestly under the influence of alcohol to

63

1  such a degree that you may be a danger to other persons in
2  the vicinity?
3  A. No.
4  Q. Were you a danger to property that night?
5  A. No.
6  Q. Now, I looked at you on this video here and you looked
7  to be pretty sober.
8  A. I was.
9  Q. Okay. And you met Mr. Haggard about this case. Did
10 he represent you?
11 A. Yes.
12 Q. I didn't realize he represented you. And if I had
13 represented you on it I probably would have made some
14 objections about you talking about conversations with your
15 lawyer.
16    Let me ask you this, did Mr. Haggard, or did I, at any
17 time tell you to lie?
18 A. No.
19 Q. Did Mr. Haggard and I tell you to tell the truth?
20 A. Yes.
21 Q. Have you told the truth?
22 A. Yes.
23 Q. Now, Mr. Phelps wrote down there that you were a
24 danger, and that's required, that you may be a danger, and
25 that you're manifested under the influence, and you had a

64

**Page 65**

1 couple of beers and a mixed drink? Is that right?
2 A. Yes.
3 Q. And Mr. Phelps, with the help of Officer Felts,
4 F-E-L-T-S, wrote you up for a felony charge?
5 A. Yes.
6 Q. And what would happen to you in the military if you
7 got a felony?
8 A. I would be kicked out on a dishonorable discharge.
9 Q. That's right. How long have you been in the military?
10 A. Seven years.
11 Q. You're proud to be in, aren't you?
12 A. Yes.
13 Q. What's your rank?
14 A. Staff Sergeant, E6.
15 Q. E6. Now, how long were you in jail again?
16 A. Two days.
17 Q. Two days. For being manifestly under the influence
18 and a danger to others, right, which you weren't, right?
19 A. Correct.
20 Q. And for a felony charge which there's no way you could
21 have committed?
22 A. Correct.
23 Q. Right.
24    Are you sure you didn't run in that house and open
25 that door for Steve Toon?

**Page 66**

1 A. I'm positive.
2 Q. When you came to your interior door going into your
3 garage you saw Officer Phelps, is that correct, the guy --
4 you saw an officer that came to the door there?
5 A. I didn't see him walking up to the door.
6 Q. He's at the door, knocking at the door, and he was
7 there?
8 A. He knocked on the door.
9 Q. When you opened it up was he standing there?
10 A. Yes.
11 Q. And when you came back and told him that Mr. Toon was
12 on the phone and didn't want to talk to him did Officer
13 Phelps appear to be angry?
14 A. Yes.
15 Q. And I think he's acknowledged in his deposition that
16 he was a little upset. I mean, he denied being angry.
17 Did you go back a second time and say, "Hey, Steve, you
18 know, this guy is going to get a warrant," or whatever,
19 "and you need to come to the door"?
20 A. Yes.
21 Q. Okay. When Steve came out, were you with Steve when
22 he came out into the garage?
23 A. Yes.
24 Q. Did Officer Phelps appear to be happy or angry then?
25 A. Angry.

**Page 67**

1 Q. Did he appear to be upset because a big time
2 Hopkinsville police officer was made to wait?
3       MS. BLANKENSHIP: Objection.
4 Q. Go ahead and answer it if you can.
5 A. Yes.
6 Q. Now, you don't know who Steve was talking to that
7 night, do you?
8 A. I don't know.
9 Q. And you don't know what phone he was on, but he wasn't
10 on your home phone?
11 A. No.
12 Q. By home phone, I mean --
13 A. No, he wasn't on my home phone.
14 Q. Okay. I want to make sure we're clear. Steve arrives
15 at your house 7:30 or 8:00, you all play Guitar Hero and
16 visit for an hour or so. During this time period you
17 don't consume any alcohol, you leave the house
18 approximately 9:00 or so and you go out and you play in
19 the field for about an hour or so. Is that right?
20 A. Yes.
21 Q. You get back to the house 10:00. You said the time
22 was between 10:00, 10:30. Does that sound about right?
23 A. Yes.
24 Q. Let's talk about could of, would of, if and buts, and
25 all that. It's possible I was on Sivley Road that night,

**Page 68**

1 isn't it?
2 A. It's possible, yes.
3 Q. About as possible as it was that Officer Phelps
4 followed you down Sivley Road, isn't it?
5 A. Yes.
6 Q. I appreciate your candor, and I think you're a good
7 soldier, and good soldiers makes good witnesses because
8 you answer the question that's asked and you don't paint
9 with a broad brush, which I appreciate. When you all were
10 coming back from the field towards your house the field
11 was to your back, correct?
12 A. Yes.
13 Q. And that's a dead-end road?
14 A. Yes.
15 Q. Now, you're driving down Sivley Road --
16 A. Yes.
17 Q. -- and you're going to make a right or left into your
18 driveway?
19 A. Right.
20 Q. Okay. How could Mr. Phelps be behind you on this
21 hundred yard stretch unless he was in the field himself?
22 A. He would of had to been in the field.
23 Q. Did you notice Mr. Phelps coming up from the field?
24 A. No.
25 Q. Do you think his police cruiser would have made it

**Page 69**

1  through the field?
2  A. Absolutely not.
3        MS. BLANKENSHIP: I'm going to object just
4  to the extent that my recollection is Officer Phelps
5  testified that he met him versus was behind him. But
6  anyway --
7  Q. Here's some more testimony of Officer Phelps. He said
8  that he actually comes by and passes you all and turns
9  around and gets behind you and follows you. Did he do
10 that?
11 A. No.
12 Q. Pretty sure about that?
13 A. I'm a hundred percent.
14 Q. Okay. What's your record in the military like?
15 A. My record?
16 Q. Yeah.
17 A. It's good. It's great. Got promoted early, been to
18 all the schools. Me and Steve, basically. Doing good.
19 Q. If you, let's say, for example, were to disregard a
20 direct order what would happen to you? Would you get
21 punished?
22 A. Disregarded a direct order? I'd get punished. I'd
23 probably lose some rank, depending on how harsh it was, be
24 kicked out.
25 Q. What if you were caught stealing?

**Page 70**

1  A. Caught stealing?
2  Q. Uh-huh.
3  A. Definitely lose rank, possibly of getting kicked out,
4  you know, once again. If I caught one of my soldiers
5  stealing they would definitely go through the ringer with
6  me.
7  Q. What about lying under oath?
8  A. Same thing. I mean --
9  Q. Let's talk about this drive now. You pull in the
10 field -- pull out of the field going down Sivley Road.
11 It's about a hundred meters to your place?
12 A. Roger, yes.
13 Q. And took about fifteen seconds on that ride?
14 A. Yes.
15 Q. Didn't see Officer Phelps behind you?
16 A. No.
17 Q. Didn't see Officer Phelps in front of you?
18 A. No.
19 Q. Didn't see him standing in the yard waiting on you
20 all, did you?
21 A. No.
22 Q. When you pulled in the yard up there at your place --
23 I apologize, you're the passenger. When Steve pulled up
24 there in the yard you all go in the house, you told me,
25 right?

**Page 71**

1  A. Yes.
2  Q. You all drank a mixed drink, and I think had a couple
3  beers. Is that right?
4  A. Yes.
5  Q. So call them Soco, right, Southern Comfort?
6  A. Soco and Coke was the mixed drinks, yes.
7  Q. Soco and Coke. All right. And you're there for about
8  an hour?
9  A. Yes.
10 Q. And the police show up?
11 A. Yes.
12 Q. Okay. Did Officer Phelps tell you that he just was
13 standing out there in the yard and waiting for an hour to
14 come in?
15 A. No.
16 Q. Did he make any statement to you as to how long he had
17 been there or whether he just arrived?
18 A. No.
19 Q. Now, you -- again, I appreciate the heck out of
20 witnesses like you. You admit that alcohol can affect
21 your memory?
22 A. Yes.
23 Q. And you can admit that alcohol can affect your
24 judgement?
25 A. Yes.

**Page 72**

1  Q. And can you tell us whether you consumed alcohol in
2  such amounts that your judgement was affected that night?
3        MS. BLANKENSHIP: Objection.
4  Q. Go ahead and answer that.
5  A. No.
6  Q. Your judgement was not affected?
7  A. I don't think so, no.
8  Q. All right. And your memory, was it affected by
9  drinking alcohol that night?
10 A. I don't think so, no.
11 Q. You seem to have a pretty good memory of everything
12 that occurred, at least it appears to be consistent with
13 the video record. She got you to make an admission that
14 Mr. Toon appeared to be annoyed, maybe irritated. Did he
15 appear to be annoyed and irritated after he was arrested?
16 A. After, as in --
17 Q. After he was put in the car?
18 A. He was just sitting in the car.
19 Q. Did he appear to be a little annoyed or irritated
20 after they tased him?
21 A. He was screaming.
22 Q. All right. At any time -- now, we saw on the video --
23 when I watched the video I didn't see where he was
24 anything other than respectful.
25 A. Yes.

```
 1           MS. BLANKENSHIP: Objection.
 2   Q. Was he -- was he irritated while he was doing the
 3   tests, based on your observation?
 4           MS. BLANKENSHIP: I'm going to object. He's
 5      already -- been asked and answered that. You're
 6      trying to get him to change his testimony.
 7           MR. COLE: Okay. Well, this is called cross
 8      examination. I'm allowed to ask the question.
 9   Q. So if you can go ahead and answer my question. Did he
10   appear to be irritated?
11   A. I would say he was irritated in the sense that he was
12   out there like, "Why?" you know, "Why?" He still did all
13   the things, but he wasn't like -- I would be irritated. I
14   was irritated. There was cops at my house. That's why I
15   say he was irritated. I was irritated.
16   Q. Sure.
17   A. He was very respectful.
18   Q. Okay.
19   A. Okay. Was he irritated? Probably. I mean, I would
20   be.
21   Q. Gotcha. He never told you, "Hey, I was irritated,"
22   or, "I was annoyed," you were basically figuring he would
23   be, right?
24   A. Yes.
25   Q. Okay. Based on your -- what you observed today on the
                              73
```

```
 1   video did he do anything to act disrespectful?
 2   A. No.
 3   Q. Based upon what you observed that night did he do
 4   anything to act disrespectful?
 5   A. No.
 6   Q. Based on anything you saw that night and anything you
 7   saw on that video did, at any time, did he appear to
 8   resist arrest?
 9   A. No.
10   Q. The thing about you turning around a couple times, I
11   appreciate your honesty on that. You had maintained a
12   hundred percent eye contact exactly on what was going on
13   every second, didn't you?
14   A. No.
15   Q. Was there a couple seconds maybe you looked behind
16   you?
17   A. Yes.
18   Q. Do you think you missed anything in those couple of
19   seconds where Steve assaulted an officer or anything like
20   that?
21           MS. BLANKENSHIP: Objection. He was --
22      you're asking him to speculate. He would have no idea
23      what he missed when he was not looking around.
24   Q. Go ahead and answer that question.
25   A. When I was not looking around, she's right, I do have
                              74
```

```
 1   no idea what I could have missed. But when I turned back
 2   around I didn't see any assaulted officers. I didn't see
 3   anything that seemed like something would have just
 4   happened in the two seconds it took me to turn my head.
 5   Q. Okay. And from the time they grabbed him and started
 6   pushing him in the snow and slamming him on the hood of
 7   the car, in your words, by the time they get him cuffed
 8   were you able to maintain eye contact on what was
 9   occurring?
10   A. Yes.
11   Q. And you said you saw Steve Toon raising his upper body
12   from the hood, and we watched it here on the video. Is
13   that correct?
14   A. Yes.
15   Q. Did you see his face make contact with the hood?
16   A. Yes.
17   Q. And do you know whether he bounced off the hood or
18   whether he raised off the hood?
19   A. Honestly, I don't know whether he bounced or not, but
20   I can only imagine that if my face just got slammed on
21   something I'd probably want to lift my face off of it.
22   Q. Okay.
23   A. So I don't know if it bounced or he raised it hisself.
24   Q. We can kind of see on the video, it looks like a left
25   hand, maybe it's a right hand, I don't remember, kind of a
                              75
```

```
 1   hand come out after his face is slammed on the hood of the
 2   car and his hand kind of comes out --
 3           MS. BLANKENSHIP: Wait. Let me lodge an
 4      objection --
 5           MR. COLE: Sure.
 6           MS. BLANKENSHIP: -- because that's not what
 7      the video shows. The right hand is out before his
 8      face touches the car.
 9           MR. COLE: Fair enough. Let's ask the
10      question her way and then we'll ask what I thought I
11      saw.
12   Q. Let's say that his right hand is out slightly before
13   his face hits the -- the hood of the car. Can you tell me
14   whether his body, upper body, and face were heading
15   towards the car when his right hand was out?
16   A. Like I said earlier, I -- I seen the left hand. I
17   knew his left hand was behind his back.
18   Q. Okay.
19   A. I didn't see when his right hand came out.
20   Q. Or if it did at all?
21   A. Or if it did at all. I can't honestly say --
22   Q. Fair enough.
23   A. -- when it came out.
24   Q. You said you heard a bunch of yelling, they were all
25   yelling. That would be the cops who were yelling and Mr.
                              76
```

1  Toon who was actually screaming in pain. Would that be
2  fair?
3  A. Yes.
4  Q. Did Mr. Toon ever yell at the officers like, "Hey, get
5  away from me," or something like that?
6  A. Not to my knowledge, no.
7  Q. Did Mr. Toon say -- and I apologize for my language,
8  "If you want to fuckin' tase me tase me." Did Mr. Toon
9  say that?
10 A. Like I said earlier, there was a lot of yelling going
11 on, and I think one of the only words I really heard was
12 tase, and I heard it a few times.
13 Q. Okay. Did you hear one of the other officers other
14 than -- let me kind of help you out here with who is who.
15 We have Felts, and P-H-E-L-P-S, Phelps and, Tedford behind
16 Mr. Toon at the time he's tased, then we have Officer
17 Felts, F-E-L-T-S, who actually tases Mr. Toon. When he
18 was tased the first time, after he was tased the first
19 time, do you know which officer said, "Tase him again"?
20 A. I don't -- I don't know.
21 Q. Was it an officer other than Officer Felts, the one
22 doing the tasing?
23 A. Yes.
24 Q. Okay. And after he was tased the first time -- let me
25 ask, when he was tased the first time was he tased for

77

1  about five seconds?
2  A. Yes.
3  Q. And after he was tased for about five seconds you
4  heard someone say, "Tase him again"?
5  A. Yes.
6  Q. What was his body location when you saw him doing
7  that?
8         MS. BLANKENSHIP: When you saw him doing
9     what?
10        MR. COLE: Very good question.
11 Q. What was his body -- how was Mr. Toon's body
12 positioned when he was tased the second time?
13 A. He was laying on the ground with his arms next to his
14 side.
15 Q. Okay.
16        MR. COLE: That's all I got.
17        MS. BLANKENSHIP: I don't have anything
18    else.
19
20
21 FURTHER WITNESS SAITH NOT.
22 (Signature Waived)
23
24
25

78

                    CERTIFICATE
1
2       I, Brenna K. Knight, Notary Public in and for the
3  State of Kentucky at Large, do hereby certify that the
4  foregoing deposition of TIMOTHY SHEPARD was taken before
5  me on the date and place and for the purposes in the
6  caption stated; that the witness was first duly sworn to
7  tell the truth; that said deposition was reduced to
8  shorthand writing by me in the presence of the witness;
9  that the foregoing pages 1 - 78 are a full, true and
10 accurate transcript of said deposition so given; that
11 there was no request of me, either orally or in writing,
12 that said deposition be signed by the witness; that the
13 appearances were as stated in the caption.
14      I further certify that I am neither of counsel
15 nor of kin to any of the parties to this action, and am in
16 no wise interested in the outcome of said action.
17      WITNESS MY SIGNATURE this the 3rd day of June,
18 2010.
19      My Commission Expires: February 22nd, 2013.
20
21
22
23
24                    _____
25                    BRENNA K. KNIGHT, CCR
                      Notary Public, State at Large

79