UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:09CV-00037-TBR

**STEVEN GLEN TOON**                                                                            **PLAINTIFF**

**VS.**

**CITY OF HOPKINSVILLE, ET AL.**                               **DEFENDANTS**

## REPORT

A settlement conference was held in this matter on July 11, 2011 commencing at 10:00 a.m. and concluding approximately 1:00 p.m., with the following in attendance:

        For the Plaintiff:          John David Cole, Jr., Attorney
                                        Steven Glen Toon, Plaintiff

        For the Defendant:        Stacey A. Blankenship, Attorney
                                        Linda Scherr, Litigation Spec., Collins & Co. for
                                           Ky. League of Cities

Following negotiations between the Court and counsel and/or the parties, the undersigned reports that the parties reached an amicable resolution of the case. Counsel will submit appropriate settlement documents for consideration by United States District Chief Judge Thomas B. Russell.

Copies:       Counsel of Record
                 Kelly P. Harris, Case Manager
                 Kelly Lovell, Courtroom Clerk

3|0