**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:09CV-37-R**

STEVEN GLEN TOON                                                                                        PLAINTIFF

V.

CITY OF HOPKINSVILLE, *et al.*                                                                      DEFENDANTS

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.  If settlement is not concluded within 30 days any party may move to have the case reinstated on the docket.


cc: Counsel